JS-6

FILED
CLERK, U.S. DISTRICT COURT

01/04/16

CENTRAL DISTRICT OF CALIFORNIA
BY: _____cw_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF $343,450.72 WORTH OF WEARING APPAREL | Case No. CV 15-5674 FMO (GJSx) |
| J&B RESOURCE IMPORT, INC., | **JUDGMENT** |
| Movant, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 4th day of January, 2016.

/s/
Fernando M. Olguin
United States District Judge